NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2007-3134

JOSEPH P. CARSON,

Petitioner,

v.

MERIT SYSTEMS PROTECTION BOARD,

Respondent.

and

DEPARTMENT OF ENERGY,

Intervenor.

Joseph P. Carson, of Knoxville, Tennessee, pro se.

Jeffrey A. Gauger, Acting Associate General Counsel, Office of the General Counsel, United States Merit Systems Protection Board, of Washington, DC, for respondent.  With him on the brief were B. Chad Bungard, General Counsel, and Rosa M. Koppel, Deputy General Counsel.

Roger A. Hipp, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, for intervenor.  With him on the brief were Peter D. Keisler, Acting Attorney General, Jeanne E. Davidson, Director, and Todd M. Hughes, Deputy Director.

David B. Nolan, of Alexandria, Virginia, for amici curiae, P. Jeffrey Black, et al.

Appealed from:  United States Merit Systems Protection Board

NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2007-3134

JOSEPH P. CARSON,

Petitioner,

v.

MERIT SYSTEMS PROTECTION BOARD,

Respondent.

and

DEPARTMENT OF ENERGY,

Intervenor.

# Judgment

ON APPEAL from the   United States Merit Systems Protection Board

In CASE NO(S).          AT1221061125-W-1

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

Per Curiam  (RADER, Circuit Judge, PLAGER, Senior Circuit Judge and MOORE, Circuit Judge).

**AFFIRMED.**  See Fed. Cir. R. 36.

ENTERED BY ORDER OF THE COURT

DATED: November 9, 2007          /s/ Jan Horbaly
                                  Jan Horbaly, Clerk